1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS PETER HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant ENDO

**FILED**

MAR 23 2007

CLERK
NORTHERN DISTRICT COURT
OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-07-00058 RMW *RS* |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER TO MODIFY |
| | ) CONDITIONS OF PRETRIAL RELEASE |
| vs. | ) |
| MATHEW ENDO, | ) **Honorable Richard Seeborg** |
| Defendant. | ) United States Magistrate-Judge |

GOOD CAUSE APPEARING,

IT IS ORDERED that the conditions of release set on February 9, 2007 are hereby modified to permit defendant, Mathew Endo, to attend an award ceremony promoting his brother David Endo to Eagle Scout on Sunday, March 25, 2007 in Cupertino, California. Mr. Endo is also permitted to attend a family dinner after the ceremony. Mr. Endo is not to be in contact with juveniles outside the presence of his third party custodian.

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect.

Dated: March 23, 2007

_____
HONORABLE RICHARD SEEBORG
United States Magistrate-Judge

[Proposed] Order to Modify Conditions of
Release                                             1