BARRY J. PORTMAN
Federal Public Defender
NICHOLAS PETER HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant ENDO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00058 RMW |
| Plaintiff, ) ) | [Proposed Order] TO MODIFY PRETRIAL RELEASE CONDITIONS |
| vs. ) ) | |
| MATTHEW ENDO, ) ) | **Honorable Patricia V. Trumbull** United States Magistrate-Judge |
| Defendant. ) | |

GOOD CAUSE APPEARING,

IT IS ORDERED that the conditions of release set on February 09, 2007 are hereby modified to permit defendant, Matthew Endo, to attend church and all relevant church activities.

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect.

Dated: April 9, 2007

_____
HONORABLE PATRICIA V. TRUMBULL
United States Magistrate-Judge

[Proposed] Order to Modify Conditions of
Release                                                 1