SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 5/4/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00058 RMW |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [] ORDER EXCLUDING TIME |
| MATTHEW KEI ENDO, ) | |
|     Defendant. ) | SAN JOSE VENUE |

On April 30, 2007, the undersigned parties appeared before the Court for a status hearing. At the hearing, Assistant Federal Public Defender Nick Humy explained he had an opportunity to review the digital evidence with Assistant United States Attorney Susan Knight and the case agent, and that the parties needed additional time to discuss a potential resolution to the case. The parties then requested that the case be continued to June 25, 2007 for either a change of plea hearing or to set a motions schedule. In addition, the parties requested an exclusion of time under the Speedy Trial Act from April 30, 2007 until June 25, 2007. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

1  SO STIPULATED:                     SCOTT N. SCHOOLS
                                      United States Attorney
2

3  DATED:                             _____/s/_____
                                      SUSAN KNIGHT
4                                     Assistant United States Attorney

5  DATED:                             _____/s/_____
                                      NICK HUMY
6                                     Assistant Federal Public Defender

7

8      The Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from
9  April 30, 2007 until June 25, 2007.  The Court finds, based on the aforementioned reasons, that
10 the ends of justice served by granting the requested continuance outweigh the best interest of the
11 public and the defendant in a speedy trial.  The failure to grant the requested continuance would
12 deny defense counsel reasonable time necessary for effective preparation, taking into account the
13 exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore
14 concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and
15 (B)(iv).
16 SO ORDERED.

17

18 DATED: 5/4/07                       _/s/ Ronald M. Whyte_____
                                      RONALD M. WHYTE
19                                    United States District Judge