1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

   E-FILED ***6/22/07***
5  Counsel for Defendant ENDO

6
7
8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11
   UNITED STATES OF AMERICA,         )   No. CR 07-00058 RMW
12                                    )
              Plaintiff,              )   **STIPULATION TO CONTINUE**
13 v.                                 )   **STATUS DATE; [PROPOSED] ORDER**
                                      )
14 MATTHEW KEI ENDO,                  )
                                      )
15            Defendant.              )
   _____)
16

17      Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the status hearing date in the above-captioned matter, presently

19 scheduled for Monday, June 25, 2007, at 9:00 a.m., be continued to Monday, July 30, 2007, at

20 9:00 a.m.  The continuance is requested due to ongoing defense investigation..

21      The parties further agree and stipulate that time should be excluded from and including

22 June 25, 2007 through and including July 30, 2007, pursuant to Speedy Trial Act, 18 U.S.C.

23 §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting

24 the requested exclusion of time will serve the interest of justice and outweigh the interest of the

25 public and defendant in a speedy trial.

26

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 07-00058 RMW              1

1  Dated: 06/21/07                          _____/s/_____
                                            NICHOLAS P. HUMY
2                                           Assistant Federal Public Defender

3  Dated: 06/21/07                          _____/s/_____
                                            SUSAN KNIGHT
4                                           Assistant United States Attorney

5

6                                    **ORDER**

7       The parties have jointly requested a continuance of the status hearing set for June 25,

8  2007 due to ongoing defense investigation

9       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

10 presently set for June 25, 2007 be continued to July 30, 2007 at 9:00a.m. as well as the period of

11 delay from June 25, 2007, to and including July 30, 2007, be excluded for purposes of Speedy

12 Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and

13 3161(h)(8)(B)(iv).

14

15                                          /s/ Ronald M. Whyte
   Dated:    6/22/07                        _____
16                                          RONALD M. WHYTE
                                            United States District Judge
17