BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ENDO

*E-FILED - 1/17/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00058 RMW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING HEARING; []** |
| v. | ) | **ORDER** |
| | ) | |
| MATTHEW KEI ENDO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing date in the above-captioned matter, presently scheduled for Monday, February 4, 2008, at 9:00 a.m., be continued to Monday, March 24, 2008, at 9:00 a.m.  Defense counsel is requesting the continuance because counsel and the U.S. Probation Office have not been able to schedule the probation interview.  This delay has been due to the defense's need to complete some investigation material to sentencing issues.

Dated: 1/10/08                          _____/s/_____
                                        NICHOLAS P. HUMY
                                        Assistant Federal Public Defender

Dated: 1/10/08

_____

SUSAN KNIGHT
Assistant United States Attorney

## **ORDER**

The parties have jointly requested a continuance of the sentencing hearing set for February 4, 2008 because defense counsel and the U.S. Probation Office have not been able to schedule the probation interview. This delay in scheduling the interview was due to the defense's need to complete some investigation material to sentencing issues.

Dated: 1/17/08

*Ronald M. Whyte*
_____

RONALD M. WHYTE
United States District Judge