1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant ENDO

6

7                                                    *E-FILED - 3/13/08*

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,           )   No. CR 07-00058 RMW
                                        )
12                  Plaintiff,          )   **STIPULATION TO CONTINUE**
                                        )   **SENTENCING HEARING; []**
13  v.                                  )   **ORDER**
                                        )
14  MATTHEW KEI ENDO,                   )
                                        )
15                  Defendant.          )
    _____ )
16

17          Defendant and the government, through their respective counsel, hereby stipulate that,

18  subject to the court's approval, the sentencing hearing date in the above-captioned matter,

    presently scheduled for Monday, March 24, 2008, at 9:00 a.m., be continued to Monday, April
19
    14, 2008, at 9:00 a.m. Defense counsel is requesting the continuance because defense counsel is
20
    unavailable on March 24, 2008.
21

22  Dated: 2/28/08                      _____/s/_____
                                        NICHOLAS P. HUMY
23                                      Assistant Federal Public Defender

24  Dated: 2/28/08                      _____/s/_____
                                        SUSAN KNIGHT
25                                      Assistant United States Attorney

26

1
2

**<u>ORDER</u>**

3      Good cause appearing and by stipulation of the parties, it is hereby ordered that the

4   sentencing hearing in the above-captioned matter shall be continued from March 24, 2008, to

5   April 14, 2008, at 9:00 a.m.

6   Dated: 3/13/08                                    *Ronald M. Whyte*
                                                   _____
7                                                   RONALD M. WHYTE
                                                   United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26