| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CSBN 209013)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5056 |
| 7 | FAX: (408) 535-5066         *E-FILED - 4/17/08* |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 07-00058 RMW |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [xxxxxxxxxxxxx] |
| v. | ) | ORDER CONTINUING SENTENCING |
| | ) | HEARING |
| MATTHEW KEI ENDO, | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned parties jointly request that the sentencing hearing in above-captioned matter be continued from April 21, 2008 to May 5, 2008 at 9:00 a.m. The reason for the continuance is that AUSA Susan Knight will out of town on a family vacation from April 19, 2008 to May 4, 2008. Probation Officer Brian Casai has no objection to the continuance.

SO STIPULATED:                             JOSEPH R. RUSSONIELLO
                                           United States Attorney

DATED: 4/8/08                              _____/s/_____
                                           SUSAN KNIGHT
                                           Assistant United States Attorney


DATED: 4/8/08                              _____/s/_____
                                           NICK HUMY
                                           Assistant Federal Public Defender

1  For good cause shown, the Court HEREBY ORDERS that the sentencing hearing is
2  continued from April 21, 2008 to May 5, 2008 at 9:00 a.m.
3  SO ORDERED.
4
5  DATED: 4/17/08                    *Ronald M. Whyte*
                                     RONALD M. WHYTE
6                                    United States District Judge

STIPULATION AND xxxxxxxxxx ORDER
CR 07-00058 RMW                          2